1  BRENDA MOODY WHINERY (#010677)
   United States Trustee
2  District of Arizona

3  RENEE SANDLER SHAMBLIN (#017473)
   Attorney
4  Post Office Box 36170
   Phoenix, Arizona  85067-6170
5  (602) 640-2100

FILED

7000 OCT 20 P 3: 25

... E. O'BRIEN
CLERK
... RUPTCY
... OF ARIZONA

6              UNITED STATES BANKRUPTCY COURT

7                   DISTRICT OF ARIZONA

8  In re:                    )   Chapter 11
                             )
9  THE TESSERACT GROUP, INC.,)   Case No. B-00-10938-ECF-RTB
                             )
10                           )
              Debtor.        )
11 _____)
                             )
   SUNRISE EDUCATIONAL SERVICES, )  Case No. B-00-10939-ECF-RTB
12                           )
                             )   (Jointly Administered)
13                           )
                             )   APPOINTMENT OF JOINT
14                           )   COMMITTEE OF
                             )   UNSECURED CREDITORS
15            Debtor.        )
   _____)

16         Pursuant  to  11  U.S.C.  §§  1102(a)  and  1102(b)(1),  the

17 following creditors of the above-captioned debtors, being among those

18 holding the largest unsecured claims and who are willing to serve, are

19 appointed to the joint committee of unsecured creditors:

20         1.   Pioneer Venture Fund, LLC
                Attn:  Neil Kadisha
21              2000 Pasadena Avenue
                Los Angeles, CA  90031-1725
22              (323) 223-1114

23         2.   J.L. Hammett Co.
                Attn:  Alvin Dubin
24              1 Hammett Place
                Braintree, MA  02184
25              (781) 848-1000 x1103

26         3.   Wells Fargo Bank Arizona
                Attn:  Craig Boatwright
27              300 W. Washington, MAC 54101-072
                Phoenix, AZ  85003
28              (602) 378-4625

```
 1          4.    PC Build Upgrade Centers
                  Attn:  Stephen Montrose
 2                14 Wexford St.
                  Needham, MA  02494
 3                (781) 449-7575 x233

 4          5.    Pearson Education
                  Attn:  Martha Perkens
 5                200 Old Tappan Road
                  Old Tappan, NJ  07675
 6                (201) 767-4423

 7                                    Respectfully submitted,

 8                                    BRENDA MOODY WHINERY
                                      United States Trustee
 9                                    District of Arizona

10

11   Dated:    October  20  , 2000.   _____
                                      RENEE SANDLER SHAMBLIN
12                                    Attorney

13
     Copies of the foregoing mailed to
14   the creditors appointed as listed
     above, and the following this
15   21st day of October, 2000:

16   Robert J. Miller
     Quarles & Brady Streich Lang LLP
17   Two North Central Avenue
     Phoenix, AZ  85004-2391
18   Attorney for Debtors

19   _____

20

21

22

23

24

25

26

27

28                       - 2 -
```