```
 1  BRENDA MOODY WHINERY (#010677)
    United States Trustee
 2  District of Arizona

 3  RENEE SANDLER SHAMBLIN (#017473)
    Attorney
 4  Post Office Box 36170
    Phoenix, Arizona 85067-6170
 5  (602) 640-2100
```

FILED

2000 OCT 30 P 3:36

ALVIN E. O'BRIEN
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| THE TESSERACT GROUP, INC., | Case No. B-00-10938-ECF-RTB |
| Debtor. | |
| | Case No. B-00-10939-ECF-RTB |
| SUNRISE EDUCATIONAL SERVICES, | |
| | (Jointly Administered) |
| | |
| | AMENDED APPOINTMENT OF JOINT COMMITTEE OF UNSECURED CREDITORS |
| Debtor. | |

On October 20, 2000, the United States Trustee appointed a committee of unsecured creditors in the above captioned matter. Due to additional creditor interest in serving on the committee, the United States Trustee hereby amends the list of creditors appointed to the committee of unsecured creditors as follows:

    1.  Pioneer Venture Fund, LLC
       Attn: Neil Kadisha
       2000 Pasadena Avenue
       Los Angeles, CA 90031-1725
       (323) 223-1114

    2.  J.L. Hammett Co.
       Attn: Alvin Dubin
       1 Hammett Place
       Braintree, MA 02184
       (781) 848-1000 x1103

    3.  Wells Fargo Bank Arizona
       Attn: Craig Boatwright
       300 W. Washington, MAC 54101-072
       Phoenix, AZ 85003
       (602) 378-4625

|   |   |   |
|---|---|---|
| 1 | 4. | PC Build Upgrade Centers<br>Attn: Stephen Montrose<br>14 Wexford St.<br>Needham, MA 02494<br>(781) 449-7575 x233 |
| | 5. | Pearson Education<br>Attn: Martha Perkens<br>200 Old Tappan Road<br>Old Tappan, NJ 07675<br>(201) 767-4423 |
| | *6. | Arthur Anderson LLP<br>Attn: John Finn<br>501 N. 44th Street, #300<br>Phoenix, AZ 85008<br>(602) 286-2000 |
| | *7. | US Foodservice, Inc.<br>Attn: Richard Gilsdorf<br>1640 S. 39th Avenue<br>Phoenix, AZ 85009<br>(602) 352-3338 |

*Added to committee.

Respectfully submitted,

BRENDA MOODY WHINERY
United States Trustee
District of Arizona

Dated: October 30th, 2000.

/s/ Renee Sandler Shamblin
RENEE SANDLER SHAMBLIN
Attorney

Copies of the foregoing mailed to the creditors appointed as listed above, and the following this 30r day of October, 2000:

Robert J. Miller
Quarles & Brady Streich Lang LLP
Two North Central Avenue
Phoenix, AZ 85004-2391
Attorney for Debtors

/s/ Christi Ab

- 2 -