```
 1  BRENDA MOODY WHINERY (#010677)
    United States Trustee
 2  District of Arizona

 3  RENEE SANDLER SHAMBLIN (#017473)
    Attorney
 4  Post Office Box 36170
    Phoenix, Arizona  85067-6170
 5  (602) 640-2100
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THE TESSERACT GROUP, INC., | ) | Case No. B-00-10938-ECF-RTB |
| | ) | |
| Debtor. | ) | |
| | ) | Case No. B-00-10939-ECF-RTB |
| SUNRISE EDUCATIONAL SERVICES, | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | SECOND AMENDED APPOINTMENT |
| | ) | OF JOINT COMMITTEE OF |
| | ) | UNSECURED CREDITORS |
| Debtor. | ) | |

   On October 20, 2000, the United States Trustee appointed a committee of unsecured creditors in the above captioned matter, and on October 30, 2000 the composition of the committee was amended. Due to the resignation of Pearson Education from the committee, the United States Trustee hereby amends the list of creditors appointed to the committee of unsecured creditors as follows:

   1. Pioneer Venture Fund, LLC
      Attn: Neil Kadisha
      2000 Pasadena Avenue
      Los Angeles, CA  90031-1725
      (323) 223-1114

   2. J.L. Hammett Co.
      Attn: Alvin Dubin
      1 Hammett Place
      Braintree, MA  02184
      (781) 848-1000 x1103

1 . . .

- 2 -

| | | |
|---|---|---|
| 1 | 3. | Wells Fargo Bank Arizona |
| | | Attn: Craig Boatwright |
| 2 | | 300 W. Washington, MAC 54101-072 |
| | | Phoenix, AZ 85003 |
| 3 | | (602) 378-4625 |

    3.  Wells Fargo Bank Arizona
        Attn:  Craig Boatwright
        300 W. Washington, MAC 54101-072
        Phoenix, AZ  85003
        (602) 378-4625

    4.  PC Build Upgrade Centers
        Attn:  Stephen Montrose
        14 Wexford St.
        Needham, MA  02494
        (781) 449-7575 x233

    5.  Arthur Anderson LLP
        Attn:  John Finn
        501 N. 44th Street, #300
        Phoenix, AZ 85008
        (602) 286-2000

    6.  US Foodservice, Inc.
        Attn: Richard Gilsdorf
        1640 S. 39th Avenue
        Phoenix, AZ 85009
        (602) 352-3338

    *7. TransNet Corporation
        Attn: Steven Wilk
        45 Columbia Road
        Somerville, NJ 09967
        (908) 235-0500

*Added to committee.

                                        Respectfully submitted,

                                        BRENDA MOODY WHINERY
                                        United States Trustee
                                        District of Arizona


Dated:  November __8th__, 2000.         ___/s/ Renee Sandler
                                        Shamblin____RENEE SANDLER
                                        SHAMBLIN
                                        Attorney

. . .

- 3 -

```
 1  Copies of the foregoing mailed to
    the creditors appointed as listed
 2  above, and the following this
    _____ day of November, 2000:
 3
    Robert J. Miller
 4  Quarles & Brady Streich Lang LLP
    Two North Central Avenue
 5  Phoenix, AZ  85004-2391
    Attorney for Debtors
 6
    Pearson Education
 7  Attn: John Riello
    200 Old Tappan Road
 8  Old Tappan, NJ  07675
 9  Steven Berger
    Engelman Berger
10  3636 N. Central Avenue, Suite 1100
    Phoenix, Arizona 85012
11
12
    _____
13
```

- 4 -