

**Dated: February 22, 2007**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

_/s/ Redfield T. Baum_

**REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge**

IN RE:

The Tesseract Group Inc

ORDER FOR PAYMENT
OF UNCLAIMED FUNDS

_____Debtor.

The court finds that in the amount of **$5,227.31** constituting unclaimed funds due to **KP Limited Inc** by reasons stated in the Motion filed contemporaneously herewith.

IT IS ORDERED that, pursuant to 28 USC 2042, the Bankruptcy Clerk, District of Phoenix pay this unclaimed money to the order of:

> KP Limited Inc
> c/o The Locator Services Group Ltd.
> 316 Newbury Street, Suite 32
> Boston, MA 02115

Dated:_____

Prepared by:

Kim Sherrie Sawyer
The Locator Services Group Ltd.
316 Newbury Street, Suite 32
Boston, MA 02115
(617) 859-0600 ex. 19

*GRANTED*