**SO ORDERED.**

Dated: March 21, 2007



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | |
| ) | CHAPTER 11 |
| ) | |
| The Tesseract Group, Inc. ) | 2-00-bk-10938-RTB |
| aka The Tesseract Group ) | |
| ) | ORDER FOR PAYMENT |
| ) | OF UNCLAIMED FUNDS |
| Debtor (s) ) | |

There having been dividend checks in the above named case issued to Athletes In Training, in the total amount of $180.52 and said checks having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court.

Application having been made to the Clerk, U. S. Bankruptcy Court to pay this unclaimed money to Athletes In Training, and service having been made on the Office of the United States Attorney;

IT IS ORDERED that the application is granted and the Clerk, U. S. Bankruptcy Court is ordered to pay Athletes In Training , unclaimed money in the total amount of $180.52 which was held pursuant to 11 U.S. C. 347 (a) of the Bankruptcy Code.